# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 11-3049

———————

Manoucher Rostamkhani,

      Appellant,

v.

Option One Mortgage Corporation,

      Appellee.

*
*
*
*
*   Appeal from the United States
*   District Court for the
*   District of Minnesota.
*
*   [UNPUBLISHED]
*

———————

Submitted: May 17, 2012
Filed: May 22, 2012

———————

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

———————

PER CURIAM.

Manoucher Rostamkhani appeals the district court's[1] adverse grant of summary judgment on his wrongful-eviction claim against the mortgage company involved in the foreclosure sale of his Minnesota real estate. We decline, however, to address Rostamkhani's only arguments on appeal--that the settlement agreement he entered into with the company was invalid, and that he did not voluntarily leave the property-- because he did not raise those arguments below. See Wiser v. Wayne Farms, 411 F.3d 923, 926 (8th Cir. 2005) (in general, this court will not consider arguments

———————

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

raised for first time on appeal); see also Stein v. Chase Home Fin., LLC, 662 F.3d 976, 981 (8th Cir. 2011) (declining to address argument plaintiff developed for first time on appeal, because defendant did not have chance to develop factual record on issue in district court, and record on appeal did not contain findings necessary to evaluate validity of plaintiff's arguments). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____